Hines made. Plaintiff failed, however, to adduce evidence which would have supported a verdict against any defendant other than the bank. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. MILNE, Appellant.— Judgment of the County Court of Dutchess county, convicting the appellant of the crimes of grand larceny in the first and second degrees, unanimously affirmed. The appellant, having been represented for more than three months by one attorney, attempted, on the eve of the trial, to retain another, knowing that such other attorney would be unable to be present on the date previously fixed for trial, because of another trial engagement in another county. The court refused to grant an adjournment and assigned the original counsel to represent the defendant, which he did throughout the trial. These facts clearly distinguish the present case from People v. Hull (251 App. Div. 40). The granting or refusal of an adjournment rests within the discretion of the trial court. (People v. Jackson, 111 N. Y. 362.) It was not abuse of discretion to refuse an adjournment under the circumstances presented here. The court was within its rights in assigning counsel to represent the defendant. His first attorney had withdrawn and the second was unable to appear and never had appeared. In practical effect the defendant was without an attorney, and the court possessed the power to assign one. (People v. Price, 262 N. Y. 410.) By stipulation, the points presented on this appeal were limited to the single question herein discussed. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KRIDEL, Respondent, v. WILLIAM STANLEY MILLER, President; BYRON R. NEWTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1934.)— Order reducing assessment upon real property unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KRIDEL, Respondent, v. WILLIAM STANLEY MILLER, President; BYRON R. NEWTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1935.)— Order reducing assessment upon real property unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. W. STRAUSS & Co., INC., Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York and Constituting the Board of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1933.)— Order reducing assessment upon real property unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

ANNA WEBER and JOSEPH WEBER, Appellants, v. ISADORE KALON, Respondent. — In a negligence action the plaintiff wife claimed that she was struck by an automobile that backed a very short distance as she was crossing or attempting to cross the street. The verdict was for the defendant. Judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.